IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00810-BNB-MJW

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

KAREN KIPPER-TOMKE,
KRISTA N. KIPPER-TOMKE, and
KATIE KATHLEEN KRUMM,

Defendants.

_____

**ORDER**
_____

This matter arises on **Jackson National Life Insurance Company's Unopposed Motion to Dismiss With Prejudice and Opposed Motion for Attorneys' Fees and Costs** [Doc. # 26, filed 6/19/2013] (the "Motion").

This is an interpleader action and Jackson apparently is a mere stakeholder against which no claims are asserted. The disputed insurance proceeds have been deposited into the Registry of the Court [Doc. # 10]. Jackson now seeks both to be dismissed with prejudice and an award of its reasonable attorneys' fees and costs. Motion [Doc. # 26] at p. 2. Jackson failed to comply with the requirements of D.C.COLO.LCivR 54.3 in connection with its request for attorneys' fees, however, which requires that "a motion for attorney fees shall be supported by one or more affidavits" which include "a detailed description of the services rendered, the amount of time spent, the hourly rate, and the total amount claimed" and "a summary of relevant qualifications and experience."

IT IS ORDERED that the Motion [Doc. # 26] is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 54.3.  Jackson is granted leave to file a renewed motion for attorney fees that complies with the local rule.[1]

DATED July 12, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] I urge the parties to attempt to resolve their disagreement about the amount of fees allowed.  Litigation of that issue is likely to cost more than the amount disputed.