IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00810-BNB-MJW

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

KAREN KIPPER-TOMKE,
KRISTA N. KIPPER-TOMKE, and
KATIE KATHLEEN KRUMM,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)   **Jackson National Life Insurance Company's *Unopposed* Motion to Dismiss With Prejudice and *Opposed* Motion for Attorneys' Fees and Costs** [Doc. # 39, filed 7/18/2013] (the "Motion"); and

(2)   The parties' **Stipulation to Relief requested in *Jackson National Life Insurance Company's Unopposed Motion to Dismiss With Prejudice and Opposed Motion for Attorneys' Fees and Costs*** [Doc. # 45, filed 8/14/2013] (the "Stipulation").

This is an interpleader action, and Jackson apparently is a mere stakeholder against which no claims are asserted. The disputed insurance proceeds have been deposited into the Registry of the Court [Doc. # 10]. Jackson now seeks both to be dismissed with prejudice and an award of its reasonable attorneys fees and costs. Motion [Doc. # 26] at p. 2. Jackson's dismissal has never been disputed, but the amount of attorneys fees to which it is entitled initially was. I set a

hearing on the issue of attorneys fees for October 10, 2013. That dispute now has been resolved, Stipulation [Doc. # 45] at p. 2, and the parties agree that Jackson is entitled to an award of fees and costs totaling $12,202.50.

IT IS ORDERED:

(1) Plaintiff, Jackson National Life Insurance Company, is dismissed from this action with prejudice;

(2) Jackson is awarded its reasonable attorneys fees and costs in the amount of $12,202.50. The Clerk of the Court is directed to pay to Jackson $12,202.50 from the interpleaded funds; and

(3) The hearing set for October 10, 2013, at 9:00 a.m., is vacated.

DATED August 15, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge