IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00810-BNB-MJW

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

KAREN KIPPER-TOMKE,
KRISTA N. KIPPER-TOMKE, and
KATIE KATHLEEN KRUMM,

Defendants.

_____

## ORDER
_____

This matter arises on the parties' **Stipulation for Release of Interpleader Funds Held In the Registry of the Court** [Doc. ## 62 and 64].

Karen Kipper-Tomke is the widow of the decedent, Craig T. Tomke.  She has filed a Written Notice of Karen Kipper-Tomke's Filing for an Elective Share of Craig T. Tomke's Estate [Doc. # 61] which satisfies all of the requirements of section 15-11-208, C.R.S.  In addition, all parties stipulate that the money held in the registry of the court should be paid to the District Court of Routt County, Colorado, which is the court having jurisdiction of the probate proceedings relating to the decedent in Case No. 2013PR30001.

IT IS ORDERED that the Clerk of the Court shall release and pay to the District Court of Routt County, Colorado, the funds held in the registry of the court in this interpleader action.

Dated November 7, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge