IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00810-BNB-MJW

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

KAREN KIPPER-TOMKE,
KRISTA N. KIPPER-TOMKE, and
KATIE KATHLEEN KRUMM,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


In view of the Stipulation for Release fo Interpleader Funds Held in the Registry of the Court [Doc. ## 62 and 64] and my Order directing the Clerk of the Court release and pay the interpleaded funds to the District Court of Routt County, Colorado,

IT IS ORDERED that Defendant Katie Kathleen Krumm's Motion to Dismiss [Doc. # 47] is DENIED as moot.


DATED:  November 7, 2013