IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00810-BNB-MJW

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

KAREN KIPPER-TOMKE,
KRISTA N. KIPPER-TOMKE, and
KATIE KATHLEEN KRUMM,

Defendants.

## AMENDED ORDER

This matter arises on the parties' **Stipulation for Release of Interpleader Funds Held In the Registry of the Court** [Doc. ## 62 and 64].

Karen Kipper-Tomke is the widow of the decedent, Craig T. Tomke. She has filed a Written Notice of Karen Kipper-Tomke's Filing for an Elective Share of Craig T. Tomke's Estate [Doc. # 61] which satisfies all of the requirements of section 15-11-208, C.R.S. In addition, all parties stipulate that the money held in the registry of the court should be paid to the District Court of Routt County, Colorado, which is the court having jurisdiction of the probate proceedings relating to the decedent in Case No. 2013PR30001.

IT IS ORDERED that the Clerk of the Court is directed:

(1) To release and pay to the District Court of Routt County, Colorado, all funds, including interest, held in the registry in connection with this action; and

   (2) To take all actions and make all arrangements to as may be necessary to effectuate the release and payment.

   Dated November 8, 2013.

                BY THE COURT:

                 s/ Boyd N. Boland
                 United States Magistrate Judge